IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| **MELVIN KIMBRELL,** )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>**KARY BROWN,** )<br>)<br>Defendant. )<br>_____ <br>**MELVIN KIMBRELL,** )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>**KARY BROWN,** )<br>)<br>Defendant. ) | NO. 09-cv-00511-JPG-DGW<br><br><br><br><br>Consolidated With:<br><br><br><br>NO. 10-cv-01018-JPG-DGW |

## JUDGMENT IN A CIVIL CASE

The Court having been advised by counsel for the parties that the above action has been settled;

**IT IS ORDERED AND ADJUDGED** that this case is dismissed with prejudice, without costs.

DATED: November 16, 2012

NANCY ROSENSTENGEL, Clerk of Court

BY: s/Deborah Agans, Deputy Clerk

APPROVED:  _s/J. Phil Gilbert_
            J. PHIL GILBERT
            U. S. DISTRICT JUDGE